UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-12-D-10

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRENDA BROWN, | ) | |
| Defendant | ) | |

UPON the Defendant's motion to seal and for the reasons articulated in the Defendant's motion, this Court ORDERS Docket Entry 363 be SEALED.

SO ORDERED. This 22 day of September 2017.

                                            JAMES C. DEVER III
                                            Chief United States District Judge

1