IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:16-CR-12-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BRENDA JOYCE BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

On October 19, 2018, Brenda Joyce Brown wrote and asked whether she could have her sentence reduced by 90 days for completing the residential drug treatment program. See [D.E. 519]. The court is glad to learn that Brenda Joyce Brown completed the program. The court defers to the BOP concerning such credit. Cf. 18 U.S.C. § 3582(c).

SO ORDERED. This 5 day of December 2018.

JAMES C. DEVER III
United States District Judge