UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-cr-00012-D

UNITED STATES OF AMERICA

v.

ORDER

BRENDA BROWN

THE COURT ORDERS that the Defendant's Motion at Docket Entry 1003 be sealed for the reasons outlined in the Defendant's sealed motion

This the 22 day of April, 2022.

James C. Dever III
United States District Judge